**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIE GASTER DAVIS, JR.
ADC #109028                                                                                    PLAINTIFF

V.                                    5:09CV00338 WRW

DESHA COUNTY CIRCUIT COURT; and
ARKANSAS SUPREME COURT                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 19th day of November, 2009 (146th Anniversary of President Abraham Lincoln's Gettysburg Address).

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE