IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE GASTER DAVIS, JR.
ADC #109028                                                                                          PLAINTIFF

V.                                          5:09CV00338 BSM-JTR

LESLIE STEEN, Arkansas Supreme Court Clerk; and
SKIPPY LEEK, Desha County Circuit Clerk                                      DEFENDANTS

## ORDER

The court has received the partial recommended disposition submitted by Magistrate Judge J. Thomas Ray and the filed objections. After carefully reviewing the partial recommended disposition, the parties' objections, and reviewing the record *de novo,* it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, plaintiff's motion for summary judgment (Doc. No. 13) is DENIED. Additionally, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 16th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE