IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIE GASTER DAVIS, JR.**
**ADC #109028** **PLAINTIFF**

**V.** **5:09CV00338 BSM/JTR**

**LESLIE STEEN, Arkansas Supreme Court Clerk; and**
**SKIPPY LEEK, Desha County Circuit Clerk** **DEFENDANTS**

**ORDER**

The court has reviewed the partial recommended disposition submitted by Magistrate Judge J. Thomas Ray. No objections have been filed. After carefully reviewing the partial recommended disposition and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, plaintiff's motion to voluntarily dismiss defendant Leslie Steen (Doc. No. 48) is granted, and defendant is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 6th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE