IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIE GASTER DAVIS, JR.**
**ADC # 109028**                                                                      **PLAINTIFF**

v.                           CASE NO. 5:09-cv-00338 BSM/JTR

**SKIPPY LEEK, Desha County District Clerk**                          **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 118] have been received. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant's motion for summary judgment [Doc. No. 61] is granted, and the case is dismissed with prejudice.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 19th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE