# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WILLIE GASTER DAVIS, JR.**
**ADC #109028**                                                                                      **PLAINTIFF**

**v.**                       **Case No. 5:09-cv-00338 BSM/JTR**

**SKIPPY LEEK, Desha County District Clerk**                **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, it is considered, ordered, and adjudged that this case is DISMISSED, WITH PREJUDICE, and judgment is entered in favor of defendant on all claims set forth herein. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 19th day of November, 2010.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE