IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE GASTER DAVIS, JR.
ADC # 109028                                                                    PLAINTIFF

v.                          Case No. 5:09-CV-00338 BSM

DESHA COUNTY ARKANSAS CIRCUIT
COURT, et al.                                                                   DEFENDANTS

## ORDER

Plaintiff Willie Davis ("Davis") moves [Doc. No. 81] for reconsideration of the November 19, 2010 order and judgment [Doc. Nos. 78, 79] adopting the report and recommendations of Magistrate Judge J. Thomas Ray [Doc. No. 76] on the grounds that he never received the report and recommendations. For cause shown, Davis's motion [Doc. No. 81] is GRANTED.

Davis shall have fifteen (15) days from the filing of this order to respond to the partial report and recommendations of the magistrate judge. At that time the recommendations of the magistrate will be reconsidered. The clerk's office is directed to mail copies of the report and recommendations of the magistrate judge [Doc. No. 76] to Davis at his current address.

IT IS SO ORDERED this 2nd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE